# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HILLCREST INVESTMENTS, LTD., ) | |
| Plaintiff, ) | Case No. 2:15-cv-01613-RFB-GWF |
| vs. ) | **ORDER** |
| AMERICAN BORATE COMPANY, ) | |
| Defendant. ) | |

This matter is before the Court on Defendant's failure to file a Statement in Removal. The Minutes of the Court (#4) dated August 24, 2015, required the party removing the action to this court to file a Statement in Removal no later than fifteen (15) days of the minute order. To date, Defendant has not complied. Accordingly,

**IT IS ORDERED** counsel for the Defendant shall file a Statement in Removal which fully complies with the Minutes of the Court (#4) no later than **September 28, 2015**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 17th day of September, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge