DEBBIE LEONARD (NSBN 8260)
RORY T. KAY (NSBN 12416)
McDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
Facsimile:  (702) 873-9966
dleonard@mcdonaldcarano.com
rkay@mcdonaldcarano.com

*Attorneys for Defendant American Borate Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HILLCREST INVESTMENTS, LTD., a foreign corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN BORATE COMPANY, a California General Partnership,<br><br>Defendant. | Case No.: 2:15-cv-01613-RFB-GWF<br><br>**STIPULATION TO EXTEND BRIEFING DEADLINES REGARDING PLAINTIFF'S MOTION FOR LEAVE TO AMEND**<br><br>**(FIRST REQUEST)** |

Plaintiff Hillcrest Investments, Ltd ("Hillcrest") and Defendant American Borate Company ("American Borate"), by and through their undersigned counsel of record, do hereby stipulate and agree that the deadlines for briefing on Hillcrest's Motion for Leave to Amend (the "Motion") shall be extended as follows: (1) American Borate's filing of a Response to the Motion shall be extended from April 1, 2016 to April 11, 2016; and (2) Hillcrest's filing of a Reply in support of its Motion shall be extended from April 8, 2016 to April 20, 2016.  The parties have agreed upon this extension because Hillcrest's Motion raises new legal issues and attaches new legal documents that require American Borate to investigate them before properly responding.  American Borate cannot complete this investigation before the current deadline of April 1, 2016.

Pursuant to LR 6-1(b), good cause exists to grant the stipulation and there have be no previous requests asking for an extended briefing deadline regarding the Motion.

Dated: March 31st, 2016

LIZADA LAW FIRM, LTD.

/s/ Angela L. Lizada
ANGELA L. LIZADA
LIZADA LAW FIRM, LTD.
800 N. Rainbow Blvd., Suite 170
Las Vegas, NV 89107

*Attorneys for Plaintiff Hillcrest Investments, Ltd*

McDONALD CARANO WILSON LLP

/s/ Rory T. Kay
DEBBIE LEONARD (NSBN 8260)
RORY T. KAY (NSBN 12416)
McDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
(702) 873-4100

*Attorneys for Defendant American Borate Company*

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: April 4, 2016.